1  Jeffrey B. Isaacs, Esq., SBN 117104
   Jerome H. Friedberg, Esq., SBN 125663
2  Amanda R. Touchton, Esq., SBN 220430
3  **ISAACS FRIEDBERG & LABATON LLP**
   555 South Flower Street, Suite 4250
4  Los Angeles, California 90071
   Telephone: (213) 929-5550/Facsimile: (213) 955-5794
5  Email: jisaacs@iflcounsel.com
6
7  *Attorneys for Plaintiffs*

8               UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  JUDITH ALLEN, *et al.*, | Case No.: 14-CV-02721-MWF-FFM |
| 12          Plaintiffs, | **DECLARATION OF PAIGE SHEN IN SUPPORT OF AWARD OF ATTORNEY'S FEES AT JULY 21, 2015 HEARING ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF WITHHELD DOCUMENTS AND FURTHER RESPONSES BY DEFENDANT GIRARDI | KEESE** |
| 13  vs. | |
| 14  GIRARDI | KEESE, *et al.*, | |
| 15          Defendants. | |
| 16 | |
| 17 | Assigned to Hon. Frederick F. Mumm Dept. E, 9th Floor |
| 18 | |
| 19 | Complaint Filed:     Apr. 9, 2014 |
| 20 | Discovery Cutoff:   Oct. 2, 2015 |
|  | Pretrial Conf.:       Jan. 11, 2016 |
|  | Trial Date:             Feb. 2, 2016 |

21
22
23
24
25
26
27
28

## DECLARATION OF PAIGE SHEN

I, PAIGE SHEN, declare as follows:

1.     I am an attorney with the law firm of Isaacs Friedberg & Labaton LLP ("the Firm"), counsel for Plaintiffs in the above referenced matter.

2.     I make this declaration in support of the Attorney's Fees Award ordered by the Court at the July 21, 2015 hearing of Plaintiffs' Motion to Compel Production of Withheld Documents and Further Responses by Defendant Girardi | Keese to Requests for Production of Documents, Set One ("the Motion").   I am one of the attorneys who worked on Plaintiffs' Motion.  I have personal knowledge of the facts contained in this Declaration, and could and would testify to them if called as a witness in this matter.

3.     At the July 21, 2015 hearing on Plaintiffs' Motion, the Court granted the motion to compel and ordered Girardi | Keese ("GK" or "Defendant") to serve supplemental responses without objection to all document requests and produce all responsive documents within two weeks.  The Court further directed the Plaintiffs "to provide a declaration itemizing the fees incurred in connection with the motion to compel."  *See* Minutes of Plaintiff's Motion to Compel.  [Docket 94.]  This declaration is being submitted in compliance with the Court's Order.

**A.     Worked Performed On The Motion By The Firm**

4.     As one of the attorneys responsible for this matter, I am familiar with the filings in this case.  I also reviewed filings, correspondence and billing records related to the Motion in connection with preparing this declaration.  I am therefore aware of the work performed by the Firm in connection with the Motion.

5.     On or about December 8, 2014, GK served its deficient responses to Plaintiffs' Request for Production of Documents, Set One.

6.     On February 27, 2015, the Firm began the meet and confer process required under the Local Rules by sending GK a meet and confer letter summarizing why its responses were deficient and further responses were required.

- 1 -

7.      In March and April, 2015, attorneys from the Firm met and conferred telephonically with Defendants' counsel at least twice, met in-person once, and followed up with email correspondence on multiple occasions. These meet and confer efforts proved unsuccessful in obtaining the documents responsive to the document requests that were the subject of the Motion.

8.      After GK's refusal to provide further responses and produce additional documents, the Firm prepared and sent Plaintiff's portion of the Joint Stipulation to Defendants' counsel. The Joint Stipulation requested further responses and documents to 27 different requests. The draft prepared by the Firm was 57 pages in length. After receiving Defendants' portion of the Joint Stipulation, Plaintiffs prepared, finalized and filed the Joint Stipulation, along with the Notice of Motion and a supporting declaration from Plaintiff's counsel. The final Joint Stipulation was 96 pages in length, and the accompanying declaration from Plaintiffs' counsel was 19 pages in length and attached 25 exhibits. [Docket 72.]

9.      The Firm prepared supplemental papers in support of the Motion, which were filed on July 7, 2015. [Docket 76.] The Firm subsequently prepared additional supplemental exhibits in support of the Motion, which were filed on July 20, 2015. [Docket 86.]

10.     Jeffrey Isaacs and I attended the July 21, 2015 hearing on the Motion. After hearing argument by the parties, the Court overruled all of GK's objections and granted Plaintiffs' Motion in its entirety. As stated above, the Court also awarded attorney's fees to Plaintiffs.

**B.      Attorneys' Fees Incurred**

11.     I conducted a detailed review of the Firm's billing records for this case for the months of February 2015 through July 2015 to determine the attorney and paralegal hours spent in connection with the Motion. I calculated the Firm's fees based on my detailed review of the billing records.

12.     The Firm is handling this case for a contingency fee, but the vast

- **2** -

DECLARATION OF PAIGE SHEN IN SUPPORT OF ATTORNEY'S FEES AWARD ORDERED BY THE
COURT AT THE JULY 21, 2015 HEARING ON MOTION TO COMPEL DOCUMENT PRODUCTION

majority of cases handled by the Firm are billed on an hourly basis.  In calculating the Firm's fees, I used the Firm's standard billing rates that were in effect when the Firm accepted this representation.  (The Firm's rates for certain attorneys have subsequently increased, but I used the lower rate to be conservative.)

13.   In calculating the Firm's fees, I excluded or reduced the hours expended by certain attorneys in the drafting and revising of the Joint Stipulation, and did not include the time spent in preparing this declaration.  I also did not include costs incurred in connection with the Motion.

14.   The following table indicates the total number of attorney hours and fees incurred in connection with the Motion, broken out by attorney and task, and calculated in accordance with the principles outlined in paragraphs 12 and 13 above:

| | J. Isaacs ($550/hr) | J. Friedberg ($550/hr) | P. Shen ($400/hr) | W. Seldeen ($350/hr) | J. Sheehan ($275/hr) | Paralegal ($100/hr) |
|---|---|---|---|---|---|---|
| Meet & Confer Per Local Rule 37-1 | | 4.7 $2,585 | | 11.3 $3,955 | 7.1 $1,952.50 | |
| Motion and Supporting Papers Preparation | 4.5 $2,475 | 5.7 $3,135 | 6.1 $2,440 | 28.0 $9,800 | 7.5 $2,062.50 | 18.4 $1,840 |
| Supplemental Papers Preparation | 1.0 $550 | | 3.4 $1,360 | 9.9 $3,465 | 4.5 $1,237.50 | 2.3 $230 |
| Hearing on Motion | 3.7 $2,035 | | | | | 1.5 $150 |
| **Total Hours Per Attorney** | 9.2 | 10.4 | 9.5 | 49.2 | 19.1 | 22.2 |
| **Total Fees Per Attorney** | $5060 | $5,720 | $3,800 | $17,220 | $5,252.50 | $2,220 |
| | | | | | **GRAND TOTAL:** | **$39,272.50** |

15.   As set forth above, the total amount of attorney fees incurred by the Plaintiffs in connection with the Motion is $39,272.50.  Of this amount, $8,492.50 was incurred in preparing meet and confer letters, and in preparing for and attending

1   telephonic or in-person meetings with GK's counsel; $28,595 was incurred in the
2   preparation and filing of the Motion, Joint Stipulation, Declaration, Exhibits and
3   Supplemental papers; and $2,185 was incurred in preparing for and attending the
4   hearing on the Motion.

5   **C.   The Fees Incurred Were Reasonable**

6          16.   I have practiced law in the Los Angeles area since 1993. Based on my
7   experience, the rates set forth herein are reasonable for attorneys with comparable
8   qualifications and experience who practice in Los Angeles.

9          17.   Jeff Isaacs and Jerry Friedberg are both former federal prosecutors and
10  experienced trial attorneys who have been practicing law for over 25 years. Their
11  hourly rate at the time this action was filed was $550. Attached hereto as Exhibits A
12  and B are their firm profiles, which accurately sets forth their qualifications and
13  experience.

14         18.   I have been practicing law in California for 21 years. My hourly rate is
15  $400. Attached hereto as Exhibit C is my firm profile, which accurately sets forth
16  my qualifications and experience.

17         19.   William Seldeen has been practicing law in California for 13 years. His
18  hourly rate for this matter is $350. Attached hereto as Exhibit D is his firm profile,
19  which accurately sets forth his qualifications and experience.

20         20.   John Sheehan has been practicing law in California for four years. His
21  hourly rate for this matter is $275. Attached hereto as Exhibit E is his firm profile,
22  which accurately sets forth his qualifications and experience.

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**DECLARATION OF PAIGE SHEN IN SUPPORT OF ATTORNEY'S FEES AWARD ORDERED BY THE
COURT AT THE JULY 21, 2015 HEARING ON MOTION TO COMPEL DOCUMENT PRODUCTION**

1        21.    The paralegal rate for this matter is $100 per hour, which in my

2    experience is substantially below market.

3        I declare, under penalty of perjury, under the laws of the United States of

4    America that the foregoing is true and correct.

5        Executed on this 6th day of August 2015, at Los Angeles, California.

6

7    By: _____

8           PAIGE SHEN
           *Attorneys for Plaintiffs*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -

# EXHIBIT A



ISAACS FRIEDBERG & LABATON LLP
555 South Flower Street, Suite 4250
Los Angeles, CA 90071

Office: (213) 929-5550
Fax: (213) 955-5794
info@iflcounsel.com

MORE THAN 50 YEARS OF
COMBINED LITIGATION EXPERIENCE

**Jeffrey B. Isaacs**

Partner
jisaacs@iflcounsel.com
213-929-6533
Download vCard

Jeffrey Isaacs' practice focuses on a broad array of complex civil, and criminal and regulatory matters. His clients have included government entities, publicly-traded corporations, privately-held businesses, unions, executives, licensed professionals, athletes and entrepreneurs.

As an Assistant U.S. Attorney in the Los Angeles U.S. Attorney's Office, Mr. Isaacs prosecuted cases of national and international significance involving financial institution, securities, healthcare, pension, insurance and tax fraud, cybercrime, racketeering, public corruption and money laundering. In addition to securing many notable convictions, he recovered close to $1 billion in criminal fines and victim restitution, and received commendations from federal, state and local law enforcement agencies for this work. In the Credit Lyonnais case, he headed a six-year investigation that led to the prosecution of a French state-owned bank, its present and former Chairman, and other senior bank officials for fraud involving Executive Life Insurance Company, in which he obtained corporate and individual convictions and a record $775 million in criminal settlements.

During his career as an Assistant U.S. Attorney, Mr. Isaacs served as:

- Deputy Chief of the Major Frauds Section
- Special Attorney to the Attorney General to prosecute corruption in Arizona
- Securities Fraud Coordinator
- Financial Institution Fraud Coordinator
- Pension and Benefit Plan Fraud Coordinator

Immediately prior to co-founding the firm, Mr. Isaacs served as the Chief Assistant City Attorney for the City of Los Angeles. In that position, he supervised the 300-attorney Criminal Division and built the premier public affirmative litigation unit in the state. During his six-year tenure, the unit obtained multi-million dollar recoveries for the City in a number of high profile cases involving homeless patient dumping, unlawful health insurance rescissions, hazardous waste disposal, wage theft, false advertising and bank owned foreclosed nuisance properties.

**Representative Matters**

**Awards & Distinctions**

- Southern California "Super Lawyer," 2006, 2007, 2008 and 2009
- Honored as one of the "Attorneys of the Year" by California Lawyer, 2009
- Selected as one of the "Top 100 Lawyers in California" by Daily Journal, 2008
- Twice awarded prestigious Department of Justice Director's Award for superior performance as a federal prosecutor
- Former lecturer at U.S. Department of Justice National Advocacy Center and the FBI Academy at Quantico, Virginia
- Instructor at the University of California at Los Angeles School of Law, Grand Jury Practice and Procedure
- Profiled in 2009 California Lawyer article, "Coverage in Tatters," highlighting success in combating the practice of unlawful rescission of health insurance policies in California

**Education**

- J.D., University of Southern California, Gould School of Law, Los Angeles, California, 1984
- A.B., Colgate University, Hamilton, New York, 1980



- Investigation and prosecution of investment company executives for securities fraud and international money laundering; convictions of two former company presidents following 10-week jury trial.

- Investigation and prosecution of real estate company president for securities, mail and bankruptcy fraud involving misappropriation of $40 million from thousands of elderly victims; conviction following week trial.

- Investigation and prosecution of top executives of insurance service provider for benefit plan fraud, illegal kickback payments, and money laundering; convictions of President, Vice-President and Chief Financial Officer following 10-week jury trial.

- RICO prosecution of massive loan fraud scheme that artificially inflated real estate values in two densely populated Southern California regions; 20 convictions, including real estate brokers, mortgage bankers, attorneys, appraiser and escrow officers.

- Prosecution of executives and sales force of large Orange County boiler room operation for selling worthless precious metals investments to the public; convictions of Chairman and top salesman following 8-week jury trial.

- Defense of General Dynamics and senior executives against fraud charges relating to development of advanced mobile gun system; pretrial dismissal of all charges, Senate resolution apologizing to company and executives, and recovery of attorney's fees from government.

- Defense of Sears Roebuck against fraud charges relating to alleged dumping of Japanese televisions; pretrial dismissal of all charges.

Home | Firm Overview | Practice Areas | Our Attorneys | Contact Us          © ISAACS FRIEDBERG & LABATON LLP. All Rights Reserved.

The information contained on these pages and on any pages linked from these pages is intended to provide general information only and not legal advice. Please be advised that the acts of sending e-mail to, or viewing or downloading information from, this website does not create an attorney-client relationship. | Disclaimer | Sitemap | Law Firm Web Design by Law Promo.

Isaacs Friedberg & Labaton LLP | 555 South Flower Street, Suite 4250 | Los Angeles, California 90071 | Phone: (213) 929-5550 | Fax: (213) 955-5794 | info@iflcounsel.com

# EXHIBIT B



# COMMITTED TO PROVIDING LEGAL SERVICES OF THE HIGHEST QUALITY

**ISAACS FRIEDBERG & LABATON LLP**
555 South Flower Street, Suite 4250
Los Angeles, CA 90071

Office: (213) 929-5550
Fax: (213) 955-5794
info@iflcounsel.com

## Jerome H. Friedberg

Partner
jfriedberg@iflcounsel.com
213-929-5541
Download vCard

Jerry Friedberg is a former Assistant U.S. Attorney at Los Angeles. His practice focuses on white-collar criminal defense and complex civil litigation. Mr. Friedberg represents government entities, publicly-traded corporations, pension plans, corporate officers and directors, former public officials and high-level executives and professionals in the financial, medical, healthcare and real estate fields. His international representation has included clients hailing from Belgium, Brazil, Canada, China, France, Japan, the Netherlands and Sweden.

During his tenure as an Assistant U.S. Attorney of the Los Angeles U.S. Attorney's Office, Mr. Friedberg successfully tried cases involving both violent and white collar offenders. He directed a two-year undercover investigation of an outlaw motorcycle gang which resulted in over fifty convictions and was chronicled in a New York Times best-selling book, receiving commendations from federal and state law enforcement agencies for this work.

In private practice since 2000, he has litigated civil RICO, federal and state False Claims Act, financial institution fraud, unfair business practices and business tort cases. His 27-year practice has included securities, antitrust, trade secrets, insurance, environmental, criminal and civil healthcare litigation. In addition, he has successfully argued multiple appeals before the Ninth Circuit Court of Appeals.

### Representative Matters

- Successfully represented medical devices company in federal criminal investigation alleging FDA violations in use of medical devices; no charges were filed.

- Obtained probation for physician CEO of Knox-Keene licensee indicted for alleged Medi-Cal fraud and related crimes.

- Obtained probation for healthcare worker who admitted participating in multi-million dollar fraud related to the provision of home health services.

- Represented health plan in arbitration against hospital in complex payment dispute; defended plan against

### Awards & Distinctions

- Southern California "Super Lawyer" in 2008-2015

- Selected as one of the top attorneys in California for 2013 by American Lawyer Media

- Selected as one of the top attorneys in Southern California for 2013 by Los Angeles Magazine

- "AV" highest possible rating from Martindale-Hubble

- Outstanding Pro Bono Attorney of the Year Award from the Disability Rights Legal Center

- Wiley W. Manuel Award for pro bono legal services from the Board of Governors of the State Bar of California

- Extensive interview on white collar crime featured in Smart Business

### Legal Publications

- "U.S. v. Houser: Bellwether for Civil FCA Theories in Criminal Prosecutions?", *American Bar Association Section of Litigation*, Vol. 14, No. 3, pp. 8-10, 2014, (read PDF or on americanbar.org)

### Education

- J.D., University of California at Berkeley, Boalt Hall School of Law, 1986

- Graduated Order of the Coif (top 10% of graduating class)

- B.A., University of California at Santa Barbara, 1982



[illegible]

- [illegible] San Bernardino County in insurance coverage litigation related to a loss of more than $100 million.

- Obtained defense verdict after a six-week civil jury trial on claim for more than $10 million in damages by construction general contractor, and obtained multi-million verdict on cross-complaint for fraud and False Claims Act violations on behalf of client government agency.

- Obtained dismissal of antitrust action filed against well-known apparel retailer.

- Successfully represented French national in largest parallel criminal and civil proceedings in the history of the Central District of California. No criminal charges were filed against the client; the civil case against him was dismissed for a nominal settlement.

- Part of team that represented high-level manager of supermarket chain that was indicted for federal offenses arising from activities conducted during a grocery worker's strike; the manager was acquitted following a month-long jury trial.

- Obtained dismissal of civil claims stemming from the acquisition of business for more than $50 million.

- Successfully represented lead defendants in case alleging securities violations, fraud and related torts arising from sale of more than $30 million in real estate interests.

- Obtained defense verdict and prevailed on cross-complaint after three-week jury trial in case involving competing allegations of fraud with respect to a closely held corporation.

- Successfully prosecuted civil RICO action, obtaining recovery in excess of victim's total losses.

- Part of the defense team that successfully represented the owner of the Angeles Major League Baseball team in litigation that arose when the team changed its name to the Los Angeles Angels of Anaheim.

Home | Firm Overview | Practice Areas | Our Attorneys | Contact Us

© ISAACS FRIEDBERG & LABATON LLP. All Rights Reserved.

The information contained on these pages and on any pages linked from these pages is intended to provide general information only and not legal advice. Please be advised that the acts of sending e-mail to, or viewing or downloading information from, this website does not create an attorney-client relationship. | Disclaimer | Sitemap | Law Firm Web Design by Law Promo

Isaacs Friedberg & Labaton LLP | 555 South Flower Street, Suite 4250 | Los Angeles, California 90071 | Phone: (213) 929-5550 | Fax: (213) 955-5794 | info@iflcounsel.com

# EXHIBIT C



Home | Our Firm | The Isaacs Friedberg & Labaton Difference | Our Attorneys | News | Contact Us

ISAACS FRIEDBERG & LABATON LLP
555 South Flower Street, Suite 4250
Los Angeles, CA 90071

Office: (213) 929-5550
Fax: (213) 955-5794
info@ifcounsel.com

# Paige Shen

Of Counsel
pshen@iflcounsel.com
213-929-5539
Download vCard

Paige Shen is a former Assistant General Counsel for a hospital system and was a partner in the litigation section of a national law firm. Her practice focuses on complex business and commercial litigation, parallel criminal, civil and regulatory investigations, healthcare, professional liability, unfair business practices, toxic torts, commercial licensing disputes, and risk management issues.

As a litigation partner at her former firm, Ms. Shen represented physicians, hospitals and skilled nursing facilities in professional liability and neglect and abuse actions, and commercial real estate companies in toxic tort litigation.

As the Assistant General Counsel for a six-hospital network in Southern California, her responsibilities included overseeing complex healthcare litigation, risk management, compliance investigations and responding to federal, state and local criminal and civil investigations. She also negotiated and drafted contracts involving multi-million dollar transactions.

Ms. Shen also served as in-house counsel at MGA Entertainment, where she managed domestic and international licensing litigation arising from the Mattel v. MGA Entertainment litigation, and was the lead Research Attorney to the Presiding Judge of the Los Angeles Superior Court.

## Education

- J.D., Loyola Law School of Los Angeles, 1992
- Loyola of Los Angeles Law Review, 1991-1992
- B.A., Political Science/Business Emphasis, University of California at Los Angeles, 1988

LinkedIn

Home | Firm Overview | Practice Areas | Our Attorneys | Contact Us

© ISAACS FRIEDBERG & LABATON LLP. All Rights Reserved.

The information contained on these pages and on any pages linked from these pages is intended to provide general information only and not legal advice. Please be advised that the acts of sending e-mail to, or viewing or downloading information from, this website does not create an attorney-client relationship. | Disclaimer | Sitemap | Law Firm Web Design by Law Promo

Isaacs Friedberg & Labaton LLP | 555 South Flower Street, Suite 4250 | Los Angeles, California 90071 | Phone: (213) 929-5550 | Fax: (213) 955-5794 | info@iflcounsel.com

# EXHIBIT D



Home | Our Firm | The Isaacs Friedberg & Labaton Difference | Our Attorneys | News | Contact Us

ISAACS FRIEDBERG & LABATON LLP
555 South Flower Street, Suite 4250
Los Angeles, CA 90071

Office: (213) 929-5550
Fax: (213) 955-5794
info@ifcounsel.com

## William Seldeen

Of Counsel
wseldeen@iflcounsel.com
213-929-5537
Download vCard

William Seldeen's litigation practice focuses on state and federal complex business litigation, including antitrust and class action matters. He has litigated cases involving a variety of industries, including airline and railroad transportation, pharmaceuticals, aftermarket automotive parts, and consumer products.

Mr. Seldeen began his career in Howrey LLP's antitrust practice group, in the firm's Los Angeles office. He spent six months in Howrey's Brussels office handling European antitrust matters, including working as part of a team that successfully obtained European Commission's approval for the merger of two of the largest pharmaceutical companies in Europe and the United States.

Mr. Seldeen prepared an annual presentation at the West Coast General Counsels' Conference highlighting recent trends in antitrust law and presented a continuing legal education-accredited lecture titled "Antitrust 101," covering the fundamentals of antitrust litigation.

After leaving Howrey, Mr. Seldeen was a legal consultant for Southern California Edison. He also performed pro bono work on behalf of the Inner City Law Center, in which he represented a low-income family in an affirmative habitability/slum housing lawsuit that resulted in an extraordinary settlement.

### Education

- J.D., Boston College Law School, 2002
- Boston College Law School Civil Litigation Clinic
- B.A., University of California, Los Angeles 1996

Home | Firm Overview | Practice Areas | Our Attorneys | Contact Us

© ISAACS FRIEDBERG & LABATON LLP. All Rights Reserved.

The information contained on these pages and on any pages linked from these pages is intended to provide general information only and not legal advice. Please be advised that the acts of sending e-mail to, or viewing or downloading information from, this website does not create an attorney-client relationship. | Disclaimer | Sitemap | Law Firm Web Design by Law Promo

Isaacs Friedberg & Labaton LLP | 555 South Flower Street, Suite 4250 | Los Angeles, California 90071 | Phone: (213) 929-5550 | Fax: (213) 955-5794 | info@iflcounsel.com

# EXHIBIT E

Home | Our Firm | The Isaacs Friedberg & Labaton Difference | Our Attorneys | News | Contact Us

ISAACS FRIEDBERG & LABATON LLP
555 South Flower Street, Suite 4250
Los Angeles, CA 90071

Office: (213) 929-5550
Fax: (213) 955-5794
info@iflcounsel.com

COMMITTED TO PROVIDING LEGAL SERVICES OF THE HIGHEST QUALITY

## John Sheehan

Associate
jsheehan@iflcounsel.com
213-929-5536
Download vCard

John Sheehan represents businesses and individuals in a range of litigation matters involving health care, insurance, unfair competition and securities and banking law.

Mr. Sheehan is a former attorney with the Los Angeles City Attorney's Office's Complex Civil Litigation unit, where he assisted in unfair competition and false advertising litigation against two major health insurance companies regarding the unlawful rescission of health care coverage, both of which resulted in multi-million dollar settlements. Mr. Sheehan also assisted with unfair competition and false advertising litigation against a health insurance company for selling junk insurance and a patient dumping and billing fraud enforcement action against two hospital networks and their executives and affiliated medical staff.

Prior to his legal career, Mr. Sheehan was a clinical study researcher with a nationally renowned medical research group, and later a healthcare industry analyst studying managed healthcare trends.

### Education

- J. D., University of California at Los Angeles, School of Law, 2010
- Managing Editor, UCLA Journal of Law and Technology
- UCLA Moot Court Honors Recipient
- B.A. (double major), with highest honors, University of California at Santa Barbara, 2002
- Completed the Honors Program at the University of California at Santa Barbara

LinkedIn

Home | Firm Overview | Practice Areas | Our Attorneys | Contact Us

© ISAACS FRIEDBERG & LABATON LLP. All Rights Reserved.
The information contained on these pages and on any pages linked from these pages is intended to provide general information only and not legal advice. Please be advised that the acts of sending e-mail to, or viewing or downloading information from, this website does not create an attorney-client relationship. | Disclaimer | Sitemap | Law Firm Web Design by Law Promo

Isaacs Friedberg & Labaton LLP | 555 South Flower Street, Suite 4250 | Los Angeles, California 90071 | Phone: (213) 929-5550 | Fax: (213) 955-5794 | info@iflcounsel.com

