Jeffrey B. Isaacs, Esq., SBN 117104
Jerome H. Friedberg, Esq., SBN 125663
Paige Shen, Esq., SBN 162122
William Seldeen, Esq., SBN 222388
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Telephone: (213) 929-5550/Facsimile: (213) 955-5794
Email: jisaacs@ifcounsel.com

*Attorneys for Plaintiffs Judith Allen, et al.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH ALLEN, *et al.*,<br><br>      Plaintiffs,<br><br>   vs.<br><br>GIRARDI \| KEESE, *et al.*,<br><br>      Defendants. | Case No.: 14-CV-02721-MWF-FFM<br><br>**NOTICE OF SETTLEMENT PER LOCAL RULE 16-15.7**<br><br>Assigned to Hon. Michael W. Fitzgerald<br>Room 1600<br><br>Complaint Filed:  April 9, 2014<br>FAC Filed:           January 23, 2015<br>Trial Date:           September 6, 2016 |

**NOTICE OF SETTLEMENT**

190792.2

1 **TO THE COURT:**

2    In accordance with Local Rule 16-15.7 and the instruction of the Court,
3 Plaintiffs hereby notify the Court that the above-captioned lawsuit has been resolved
4 as to all Plaintiffs, and request 60 days in which to finalize the settlement and file the
5 appropriate dismissal.

7 Dated:  June 14, 2016            **ISAACS | FRIEDBERG LLP**

9                  /s/ Jerome H. Friedberg
10              JEROME H. FRIEDBERG, ESQ.
                *Attorneys for Plaintiffs Judith Allen, et al.*

-1-
**NOTICE OF SETTLEMENT**

190792.2