Jeffrey B. Isaacs, Esq., SBN 117104
Jerome H. Friedberg, Esq., SBN 125663
Paige Shen, Esq., SBN 162122
William Seldeen, Esq., SBN 222388
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Telephone: (213) 929-5550/Facsimile: (213) 955-5794
Email: jisaacs@ifcounsel.com

*Attorneys for Plaintiffs Judith Allen, et al.*

*(Continued on Next Page)*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH ALLEN, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> GIRARDI \| KEESE, *et al.*, <br><br> Defendants. | Case No.: 14-CV-02721-MWF-FFM <br><br> **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)** <br><br> Assigned to Hon. Michael W. Fitzgerald <br> Room 1600 <br><br><br><br> Complaint Filed:   April 9, 2014 <br> FAC Filed:   January 23, 2015 <br> OSC re Dismissal:   August 29, 2016 |

**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

191520.1

1

*(Continued from Previous Page)*

2

*Attorneys for Defendants*

3

4   Thomas V. Girardi, State Bar No. 36603

5   James G. O'Callahan, State Bar No. 126975
    **GIRARDI I KEESE**

6   1126 Wilshire Boulevard

7   Los Angeles, California 90017
    Telephone: (213) 977-0211

8   Facsimile: (213) 481-1554

9   Email: jgocallahan@girardikeese.com

10  Robert C. Baker, State Bar No. 49255

11  Phillip A. Baker, State Bar No. 169571
    **BAKER, KEENER & NAHRA LLP**

12  633 W. Fifth Street, Suite 4900

13  Los Angeles, CA 90071
    Telephone: (213) 241-0900

14  Facsimile: (213) 241-0990
    Email: pbaker@bknlawyers.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

191520.1

This Stipulation is entered into between the parties to this matter by and through their respective counsel of record.

WHEREAS, Plaintiffs and Defendants Thomas V. Girardi, James G. O'Callahan and Girardi | Keese (collectively, "Defendants") have entered into a Settlement Agreement.

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), following the filing of an answer by a defendant, a plaintiff may dismiss his or her claims without a court order if all parties appearing in the lawsuit so stipulate.

NOW, THEREFORE, the parties, through their respective counsel of record, hereby stipulate and agree as follows:

1.   That the entire action by Plaintiffs against Defendants shall be dismissed *with prejudice*; and

2.   That each party shall be responsible for their own fees and costs.

**IT IS SO STIPULATED:**

Dated:  July 25, 2016          **ISAACS | FRIEDBERG LLP**

By: _____
JEFFREY B. ISAACS, ESQ.
*Attorneys for Plaintiffs Judith Allen, et al.*

Dated:  July 25, 2016          **BAKER, KEENER & NAHRA LLP**

By: _____
PHILLIP A. BAKER, Esq.
*Attorneys for Defendants Girardi Keese, et al.*

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
191520.1

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action; my business address is: Isaacs | Friedberg LLP, 555 South Flower Street, Suite 4250, Los Angeles, California 90071.

On **July 25, 2016,** I served a copy of the following document(s) described as

### JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)

on the interested party(ies) in this action as follows:

[X]    **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above and placing each for collection and mailing on that date following ordinary business practices. I am "readily familiar" with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

[]    **BY MESSENGER SERVICE:** I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service for service.

[]    **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X]    **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **July 25, 2016,** at Los Angeles, California.

Lynn Leiro

---

**PROOF OF SERVICE**

## SERVICE LIST

JAMES G. O'CALLAHAN
JORDAN E. SCOTT
**GIRARDI | KEESE**
1126 Wilshire Boulevard
Los Angeles, CA 90017
jgocallahan@girardikeese.com
jscott@girardikeese.com

Attorneys for Defendants

ROBERT C. BAKER
PHILLIP A. BAKER
**BAKER, KEENER & NAHRA** LLP
633 W. Fifth Street, 55th Floor
Los Angeles, CA 90071
pbaker@bknlawyers.com
rbaker@bknlawyers.com

Attorneys for Defendants

**SERVICE LIST**